IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IRMA GOMEZ,<br>    Plaintiff<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br>    Defendant | Case No. 2:20-cv-00592-LA |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff hereby notifies the Court that the above-captioned case has been settled. Plaintiff requests that all deadlines be vacated and that she be given thirty days to submit the dismissal notice.

    Respectfully submitted,

    ADEMI & O'REILLY, LLP

By: /s/ Mark A. Eldridge
    John D. Blythin (SBN 1046105)
    Mark A. Eldridge (SBN 1089944)
    Jesse Fruchter (SBN 1097673)
    Ben J. Slatky (SBN 1106892)
    3620 East Layton Avenue
    Cudahy, WI 53110
    (414) 482-8000
    (414) 482-8001 (fax)
    jblythin@ademilaw.com
    meldridge@ademilaw.com
    jfruchter@ademilaw.com
    bslatky@ademilaw
    ATTORNEY FOR PLAINTIFF