IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IRMA GOMEZ,<br>     Plaintiff<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br>     Defendant | Case No. 2:20-cv-00592-LA |

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

     Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

Respectfully submitted,

ADEMI & O'REILLY, LLP

By: /s/ Mark A. Eldridge
Mark A. Eldridge (SBN 1089944)
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
meldridge@ademilaw.com

ATTORNEY FOR PLAINTIFF